UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYHAN KING,

                              Plaintiff,

                -against-

FISHKILL CORRECTIONAL FACILITY,

                              Defendant.

26-cv-1116 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 3, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    April 7, 2026
           New York, New York


                                   /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                   Chief United States District Judge